# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ALLEN STURM,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY A. BEARD, Ph.D., *et al.*,<br><br>    Respondents. | Case No. SA CV 11-0448 FMO (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 19, 2013

                                                    _____/s/_____
                                                    HON. FERNANDO M. OLGUIN
                                                  UNITED STATES DISTRICT JUDGE